IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REMOVAL
### COURT MINUTES - CRIMINAL
BEFORE: TONY N. LEUNG
U.S. MAGISTRATE JUDGE

United States of America,

        Plaintiff,

v.

Michael Tyrell McWilliams,

        Defendant.

| | |
|---|---|
| Case No: | 23-mj-551 TNL |
| Date: | July 6, 2023 |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time Commenced: | 1:44 PM |
| Time Concluded: | 1:55 PM |
| Time in Court: | 11 minutes |

APPEARANCES:

    Plaintiff:    Matthew Forbes, Assistant U.S. Attorney
    Defendant:    Robert Meyers
        X FPD        X To be appointed

X Advised of Rights

on    X Indictment

X Date charges or violation filed: 7/5/2023
X Current Offense: Conspiracy and possession to commit a controlled substance offense, distribution of controlled substances, used a communication facility (USPS) to facilitate the commission of a drug felony.
X **Charges from other District:**   District of Colorado
X Title and Code of underlying offense from other District:   21:846 and 21:841(a)(1) and (b)(1)(B)(vi)
X Case no: 1:23-cr-319 GPG/JMC

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is July 11, 2023 at 11:00 AM before U.S. Magistrate Judge Tony N. Leung in CR 9W (MPLS) for:
x Detention hrg

X Removal Order to be issued
X Removal hearing waived
X Government moves to unseal the case.        X Granted
X Government moves to unseal the complaint and affidavit associated with the case.        X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                 s/ aln
                                                     Signature of Courtroom Deputy