IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>v.<br><br>Michael Tyrell McWilliams,<br><br>                    Defendant, | **COURT MINUTES - CRIMINAL**<br>BEFORE: TONY N. LEUNG<br>U.S. MAGISTRATE JUDGE<br><br>Case No:            23-mj-551 TNL<br>Date:                July 11, 2023<br>Courthouse:      Minneapolis<br>Courtroom:       9W<br>Time Commenced:   11:10 a.m.<br>Time Concluded:    11:13 a.m.<br>Time in Court:        3 minutes |

X **DENTENTION HEARING**

APPEARANCES:

Plaintiff: Matthew Forbes, Assistant U.S. Attorney
Defendant: Robert Meyers
                X FPD

On    X Indictment

X **Charges from other District: District of Colorado**

X Deft Ordered Detained - Govt to submit proposed order

X Commitment to Another District to be Issued.

Additional Information:

Waived and reserve detention for the District of Colorado

_s/ jam_<br>
Signature of Courtroom Deputy