UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-mj-551 TNL |
| Plaintiff, | |
| v. | |
| | ORDER OF REMOVAL |
| Michael Tyrell McWilliams, | |
| Defendant. | |

The above captioned case was before the undersigned United States Magistrate Judge for an initial appearance on July 6, 2023. Defendant reserves his right to the detention hearing to be heard in the District of Colorado and waives the removal hearing.

Based on defendant's decision to reserve his right to detention and his waiver of identity, the court finds that the defendant is the same person named in the warrant filed in the District of Colorado, and he is ordered removed to that district for further proceedings.

Dated: July 6, 2023

*s/Tony N. Leung*
Tony N. Leung
U.S. Magistrate Judge