CLOSED,RULE5

# U.S. District Court
# U.S. District of Minnesota (DMN)
# CRIMINAL DOCKET FOR CASE #: 0:23−mj−00551−TNL−1
*Internal Use Only*

| | |
|---|---|
| Case title: USA v. McWilliams | Date Filed: 07/06/2023 |
| | Date Terminated: 07/11/2023 |

Assigned to: Magistrate Judge Tony N. Leung

**Defendant (1)**

| | | |
|---|---|---|
| **Michael Tyrell McWilliams**<br>*TERMINATED: 07/11/2023* | represented by | **Katherian D Roe**<br>Office of the Federal Defender<br>300 S 4th St Ste 107<br>Mpls, MN 55415<br>612−664−5858<br>Fax: 612−664−5850<br>Email: katherian_roe@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:846 | |

**Plaintiff**

| | | | |
|---|---|---|---|
| USA | | represented by | **Matthew D. Forbes** |
| | | | DOJ−USAO |
| | | | 300 S. 4th St. |
| | | | Ste 600 |
| | | | Minneapolis, MN 55415 |
| | | | 612−664−5582 |
| | | | Fax: 612−664−5787 |
| | | | Email: matthew.forbes@usdoj.gov |
| | | | *LEAD ATTORNEY* |
| | | | *ATTORNEY TO BE NOTICED* |

Email All Attorneys

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 07/11/2023 | 7 | ORDER OF REMOVAL to District of Colorado as to Michael Tyrell McWilliams. Signed by Magistrate Judge Tony N. Leung on 7/6/2023. (ALN) (Entered: 07/11/2023) |
| 07/11/2023 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Michael Tyrell McWilliams. Defendant committed to District of Colorado. Signed by Magistrate Judge Tony N. Leung on 7/11/2023. (ALN) (Entered: 07/11/2023) |
| 07/11/2023 | 5 | NOTICE OF ATTORNEY APPEARANCE for Michael Tyrell McWilliams. (Meyers, Robert) (Entered: 07/11/2023) |
| 07/11/2023 | 4 | Minute Entry for proceedings held before Magistrate Judge Tony N. Leung: Detention Hearing as to Michael Tyrell McWilliams held on 7/11/2023. Counsel present. Deft Ordered Detained− Govt to submit proposed order. Commitment to Another District be Issued. Defendant waived and reserves detention for the District of Colorado. (ALN) (Entered: 07/11/2023) |
| 07/06/2023 | 2 | ORDER OF PRELIMINARY DETENTION as to Michael Tyrell McWilliams. Detention Hearing set for 7/11/2023 at 11:00 AM in Courtroom 9W (MPLS) before Magistrate Judge Tony N. Leung. Signed by Magistrate Judge Tony N. Leung on 7/6/2023. (JAM) (Entered: 07/06/2023) |
| 07/06/2023 | 1 | Minute Entry for proceedings held before Magistrate Judge Tony N. Leung: Initial Appearance in Rule 5(c) (3) Proceedings as to Michael Tyrell McWilliams held on 7/6/2023. Charges from the District of Colorado. Counsel to be appointed. Government moves for detention. Motion is granted, temporary detention ordered. Detention Hearing set for 7/11/2023 at 11:00 AM in Courtroom 9W (MPLS) before Magistrate Judge Tony N. Leung. Removal Order to be issued. Removal hearing waived. (JAM) (Entered: 07/06/2023) |
| 07/06/2023 | | Arrest (Rule 5) of Michael Tyrell McWilliams (JAM) (Entered: 07/06/2023) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REMOVAL
## COURT MINUTES - CRIMINAL

United States of America,

        Plaintiff,

v.

Michael Tyrell McWilliams,

        Defendant.

BEFORE: TONY N. LEUNG
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 23-mj-551 TNL |
| Date: | July 6, 2023 |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time Commenced: | 1:44 PM |
| Time Concluded: | 1:55 PM |
| Time in Court: | 11 minutes |

APPEARANCES:

    Plaintiff:    Matthew Forbes, Assistant U.S. Attorney
    Defendant:   Robert Meyers
        X FPD        X To be appointed

X Advised of Rights

on   X Indictment

X Date charges or violation filed: 7/5/2023
X Current Offense: Conspiracy and possession to commit a controlled substance offense, distribution of controlled substances, used a communication facility (USPS) to facilitate the commission of a drug felony.
X **Charges from other District:**   District of Colorado
X Title and Code of underlying offense from other District:   21:846 and 21:841(a)(1) and (b)(1)(B)(vi)
X Case no: 1:23-cr-319 GPG/JMC

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is July 11, 2023 at 11:00 AM before U.S. Magistrate Judge Tony N. Leung in CR 9W (MPLS) for:
x Detention hrg

X Removal Order to be issued
X Removal hearing waived
X Government moves to unseal the case.        X Granted
X Government moves to unseal the complaint and affidavit associated with the case.     X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                                  s/ aln
                                                                Signature of Courtroom Deputy

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,   Case No: 23-mj-551 TNL

      Plaintiff,

v.

ORDER OF PRELIMINARY
DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT

Michael Tyrell McWilliams,

      Defendant.

_____

Upon motion of the United States, it is ORDERED that a detention hearing is set for July 11, 2023 at 11:00 a.m. before Magistrate Judge Tony N. Leung, 9W, Diana E. Murphy Courthouse, 300 South 4th Street, Minneapolis, Minnesota. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: July 6, 2023                          *s/ Tony N. Leung*
                                                       Tony N. Leung
                                                       U.S. Magistrate Judge

If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142 are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, to threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| United States of America, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: TONY N. LEUNG |
| v. | U.S. MAGISTRATE JUDGE |
| Michael Tyrell McWilliams, | Case No: 23-mj-551 TNL |
| Defendant, | Date: July 11, 2023 |
|  | Courthouse: Minneapolis |
|  | Courtroom: 9W |
|  | Time Commenced: 11:10 a.m. |
|  | Time Concluded: 11:13 a.m. |
|  | Time in Court: 3 minutes |

X **DENTENTION HEARING**

APPEARANCES:

Plaintiff: Matthew Forbes, Assistant U.S. Attorney
Defendant: Robert Meyers
　　　　　X FPD

On  X Indictment

X **Charges from other District: District of Colorado**

X Deft Ordered Detained - Govt to submit proposed order

X Commitment to Another District to be Issued.

Additional Information:

Waived and reserve detention for the District of Colorado

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/ jam
　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. 23mj551 (TNL) |
| ) | |
| Plaintiff,  ) | |
| v.  ) | **NOTICE OF APPEARANCE** |
| ) | |
| MICHAEL TYRELL MCWILLIAMS,  ) | |
| ) | |
| Defendant.  ) | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Robert H. Meyers shall appear as appointed counsel of record for the above named defendant in this case.

Dated: July 06, 2023

*s/Robert H. Meyers*
ROBERT H. MEYERS
Attorney ID No. 388110
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | | |
|---|---|---|
| United States of America, *Plaintiff,* | ) ) ) | Case No. 23-mj-551 TNL |
| v. Michael Tyrell McWilliams, *Defendant* | ) ) ) ) | Charging District's Case No. 1:23-cr-319 GPG/JMC |

### COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District of Colorado.

The defendant:   ___ will retain an attorney.

   X is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.


Date: July 11, 2023                                             *s/Tony N. Leung*
                                                                                    *Judge's signature*


                                                            Tony N. Leung, United States Magistrate Judge
                                                                                *Printed name and title*

7

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,  Case No. 23-mj-551 TNL

      Plaintiff,

v.

                                  ORDER OF REMOVAL

Michael Tyrell McWilliams,

      Defendant.

The above captioned case was before the undersigned United States Magistrate Judge for an initial appearance on July 6, 2023. Defendant reserves his right to the detention hearing to be heard in the District of Colorado and waives the removal hearing.

Based on defendant's decision to reserve his right to detention and his waiver of identity, the court finds that the defendant is the same person named in the warrant filed in the District of Colorado, and he is ordered removed to that district for further proceedings.

Dated: July 6, 2023                               *s/Tony N. Leung*
                                                Tony N. Leung
                                                U.S. Magistrate Judge